No. 2313.—EL PUEBLO, APDO., v. BERRÍOS, APLTE. — C. D. Guayama. Acometimiento y agresión. Dic. 5, 1924.

No. 2327. — EL PUEBLO, APDO., v. ALAMO, APLTE. — C. D. San Juan, Disto. 1º. Infracción de la Ley de Arbitrios. Dic. 9, 1924.

No. 2324. — EL PUEBLO, APDO., v. MATEO, APLTE. — C. D. Ponce. Adulteración de leche. Dic. 11, 1924.

No. 2331.—EL PUEBLO, APDO., v. DE LA CRUZ, APLTE.—C. D. Ponce. Acometimiento y agresión. Dic. 16, 1924.

No. 2332.—EL PUEBLO, APDO., v. RYAN, APLTE.—C. D. San Juan, Disto. 1º. Adulteración de leche. Dic. 18, 1924.

No. 2335. — EL PUEBLO, APDO., v. ANDINO, APLTE. — C. D. San Juan, Disto. 1º. Dic. 19, 1924.

No. 2340.—EL PUEBLO, APDO., v. SANTANA, APLTE.—C. D. Ponce. Acometimiento y agresión. Dic. 23, 1924.

Nos. 2312, 2393.—EL PUEBLO, APDO., v. SIERRA, APLTE.— C. D. Arecibo. Hurto de mayor cuantía. Enero 13, 1925.

No. 2370.—EL PUEBLO, APDO., v. REYES, APLTE.—C. D. Guayama. Asesinato en primer grado. Enero 14, 1925.

No. 2311.—EL PUEBLO, APDO., v. MARCIAL, APLTE.—C. D. San Juan, Disto. 1º. Homicidio involuntario. Enero 14, 1925.

No. 2289.—EL PUEBLO, APDO., v. PILLOT, APLTE.—C. D. Guayama. Libelo infamatorio. Enero 23, 1925.

No. 2301.—EL PUEBLO, APDO., v. FERNÁNDEZ, APLTE.—C. D. San Juan, Disto. 1º. Acometimiento y agresión grave. Enero 27, 1925.

No. 2344.—EL PUEBLO, APDO., v. MIRANDA, APLTE.—C. D. San Juan, Disto. 1º. Infracción Ley de la Prohibición. Enero 28, 1925.

No. 2346. — EL PUEBLO, APDO., v. RIVERA, APLTE. — C. D. San Juan, Disto. 1º. Abuso de confianza. Enero 28, 1925.

No. 2348.—EL PUEBLO, APDO., v. ESTRADA ET AL., APLTES.— C. D. San Juan, Disto. 1º. Adulteración de leche. Enero 29, 1925.